## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
|  | )   NO. 21-20214-JAD |
| HARVEY DWIGHT EVANS and | ) |
| JENNIFER JO EVANS aka | ) |
| JENNIFER JO RENSHAW, | ) |
|  | ) |
| Debtors | )   Chapter 13 |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) & (b)

TO THE CLERK OF THE COURT:

Please be advised that Thomas A. Capehart, Esquire of the law firm of Gross, McGinley, LLP, 33 South 7th Street, PO Box 4060, Allentown, Pennsylvania 18105-4060, hereby enters his appearance on behalf of the Creditor, 21st Mortgage Corporation, and requests copies of all notices, pleadings and other papers however designated pursuant to Bankruptcy Rule 2002(a) and (b).

Respectfully Submitted,

*/s/ Thomas A. Capehart*
Thomas A. Capehart, Esq.
BAR I.D. #57440
Attorney for 21st Mortgage Corporation
33 S. 7th Street, PO Box 4060
Allentown, PA 18105-4060
610-820-5450