FILED
4/19/21 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **HARVEY DWIGHT EVANS and JENNIFER JO EVANS** <br> Debtor(s) | Case No. 21-20214-JAD <br><br> Chapter 13 |
| 21st MORTGAGE CORPORATION <br> Movant <br> vs. <br> HARVEY DWIGHT EVANS and JENNIFER JO EVANS <br> Respondents | Related To ECF No. 38 <br><br> STIPULATION FOR STAY RELIEF UNDER §362(d) |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY WITH REGARD TO DEBTORS 2001 CHANDEL MANUFACTURED HOME

AND NOW, this 19th day of April, 2021, upon consideration of the Stipulation executed by the Debtors, along with their counsel, and 21st Mortgage Corporation, by and through its counsel, and for good cause appearing, it is hereby

ORDERED, that the automatic stay provisions of Section 362 and Section 1301 of the Bankruptcy Code are hereby terminated with respect to 21st Mortgage; and it is further

ORDERED, that 21st Mortgage is entitled to proceed with any and all available state court remedies against that certain 2001 Chandel Manufactured Home measuring approximately 16' x 80' and identified by Serial Number CH3AL06086 ("Manufactured Home"), including without limitation, repossession, replevin, removal, storage, repair, and/or sale of the Mobile Home; and it is further

ORDERED, that, notwithstanding the fourteen (14) day stay period under Rule 4001(a)(3), given the waiver of that provision by the parties, this Order for relief from stay shall take effect immediately upon its execution.

**BY THE COURT**:

_____ mas
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Harvey D. and Jennifer Jo Evans
Daniel P. Foster, Esquire
Thomas A. Capehart, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20214-JAD |
| Harvey Dwight Evans | Chapter 13 |
| Jennifer Jo Evans | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Apr 19, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harvey Dwight Evans, Jennifer Jo Evans, 97 Pinchalong Road, Grove City, PA 16127-6333 |
| cr | + | 21st Mortgage Corporation, c/o Thomas A. Capehart, Esquire, Gross McGinley LLP, 33 South 7th Street, Allentown, PA 18101-2418 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2021         Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor The Bank of New York Mellon Trust Company N.A., as successor-in-interest to all permitted successors and assigns of JP Morgan Chase Bank, N.A., as Trustee for GMACM Home Equity Loan Trust, Series 200 bnicholas@kmllawgroup.com |
| Daniel P. Foster | |
| | on behalf of Joint Debtor Jennifer Jo Evans dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Debtor Harvey Dwight Evans dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Maria Miksich | |
| | on behalf of Creditor The Bank of New York Mellon Trust Company N.A., as successor-in-interest to all permitted successors |

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 2 of 2 |
| Date Rcvd: Apr 19, 2021 | Form ID: pdf900 | Total Noticed: 2 |

and assigns of JP Morgan Chase Bank, N.A., as Trustee for GMACM Home Equity Loan Trust, Series 200
mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas A. Capehart
on behalf of Creditor 21st Mortgage Corporation jkacsur@grossmcginley.com ehutchinson@grossmcginley.com

TOTAL: 7