**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| **HARVEY DWIGHT EVANS and** | ) | NO.  21-20214-JAD |
| **JENNIFER JO EVANS** | ) | |
| Debtor (s) | ) | Chapter 13 |
| | ) | |
| THOMAS A. CAPEHART, ESQUIRE and | ) | |
| KELLIE RAHL-HEFFNER. ESQUIRE | ) | |
| Movants | ) | MOTION FOR WITHDRAWAL AND |
| vs. | ) | SUBSTITUTION OF APPEARANCE OF |
| | ) | COUNSEL |
| HARVEY DWIGHT EVANS and | ) | |
| JENNIFER JO EVANS | ) | Related to ECF No. 49 |
| Respondents | ) | |

## ORDER

AND NOW this 30th day of December 2021, upon consideration of the Motion of Thomas A. Capehart, Esquire and Kellie Rahl-Heffner Esquire seeking leave of court for the withdrawal and substitution of counsel under W.PA.LBR 1910.2(e), and it appearing that leave of court is warranted and appropriate,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FUTHER ORDERED that the appearance of Thomas A. Capehart, Esquire as counsel for the affected client, 21st Mortgage Corporation is hereby withdrawn and the appearance of Kellie Rahl-Heffner is hereby substituted as counsel for the affected client, 21st Mortgage Corporation in the above matter.

The Clerk shall promptly note the substitution of appearance of counsel on the docket in this matter.

**BY THE COURT:**

_____
JEFFREY A. DELLER    jah
UNITED STATES BANKRUPTCY JUDGE

FILED
12/30/21 9:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 21-20214-JAD

Harvey Dwight Evans                                                             Chapter 13

Jennifer Jo Evans

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: culy | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 30, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harvey Dwight Evans, Jennifer Jo Evans, 97 Pinchalong Road, Grove City, PA 16127-6333 |
| cr | + | 21st Mortgage Corporation, c/o Thomas A. Capehart, Esquire, Gross McGinley LLP, 33 South 7th Street, Allentown, PA 18101-2418 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2022          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as successor-in-interest to all permitted successors and assigns of JP Morgan Chase Bank, N.A., as Trustee for GMACM Home Equity Loan Trust, Series 200 bnicholas@kmllawgroup.com |
| Daniel P. Foster | |
| | on behalf of Joint Debtor Jennifer Jo Evans dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Debtor Harvey Dwight Evans dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Kellie Rahl-Heffner | |

District/off: 0315-2                          User: culy                                      Page 2 of 2

Date Rcvd: Dec 30, 2021                       Form ID: pdf900                                 Total Noticed: 2

     on behalf of Creditor 21st Mortgage Corporation krahl-heffner@grossmcginley.com  jkacsur@grossmcginley.com

Maria Miksich

     on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as successor-in-interest to all permitted successors and assigns of JP Morgan Chase Bank, N.A., as Trustee for GMACM Home Equity Loan Trust, Series 200 mmiksich@kmllawgroup.com

Office of the United States Trustee

     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

     cmecf@chapter13trusteewdpa.com

Thomas A. Capehart

     on behalf of Creditor 21st Mortgage Corporation jkacsur@grossmcginley.com


TOTAL: 8