**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 21-20214-JAD** |
| **Harvey Dwight Evans and** | : | |
| **Jennifer Jo Evans,** | : | **Chapter 13** |
| Debtors | : | |
| | : | **Docket No.: 54** |
| **Harvey Dwight Evans and** | : | |
| **Jennifer Jo Evans,** | : | |
| Movants | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the <u>Motion for Approval of Post-Petition Vehicle Financing</u>, filed on August 16, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than September 2, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>September 6, 2022</u>

Respectfully submitted,
<u>/s/ Daniel P. Foster, Esquire</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: September 6, 2022              *By: /s/ Kristen N. Dennis*
                                                              Kristen N. Dennis, PARALEGAL
                                                              FOSTER LAW OFFICES, LLC
                                                              1210 Park Avenue
                                                               Meadville, PA 16335
                                                               Tel 814.724.1165
                                                               Fax 814.724.1158

```
Label Matrix for local noticing        21st Mortgage Corporation              PRA Receivables Management, LLC
0315-2                                 c/o Thomas A. Capehart, Esquire        PO Box 41021
Case 21-20214-JAD                      Gross McGinley LLP                     Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA       33 South 7th Street
Pittsburgh                             Allentown, PA 18101-2418
Tue Aug 16 13:51:24 EDT 2022

2                                      (p)21ST MORTGAGE CORPORATION           21st Mortgage Corporation
U.S. Bankruptcy Court                  PO BOX 477                             c/o Thomas A. Capehart, Esq.
5414 U.S. Steel Tower                  KNOXVILLE TN 37901-0477                33 S. 7th Street, PO Box 4060
600 Grant Street                                                              Allentown, PA  18105-4060
Pittsburgh, PA 15219-2703

Ally Financial                         American Express                       American Express National Bank
P.O. Box 380901                        P.O. Box 981537                        c/o Becket and Lee LLP
Bloomington, MN 55438-0901             El Paso, TX 79998-1537                 PO Box 3001
                                                                              Malvern  PA 19355-0701


Avant                                  Bank of America                        Barclays Bank Delaware
222 North Lasalle Street               P.O. Box 982238                        P.O. Box 8803
Chicago, IL 60601-1003                 El Paso, TX 79998-2238                 Wilmington, DE 19899-8803



Best Buy Credit Services               CKS Financial                          CKS Prime Investments, LLC
P.O. Box 78009                         P.O. Box 2856                          P.O. Box 2856
Phoenix, AZ 85062-8009                 Chesapeake, VA 23327-2856              Chesapeake, VA 23327-2856



Capital One Auto Finance               Capital One Bank (USA), N.A.           Capital One Bank USA
7933 Preston Road                      by American InfoSource as agent        P.O. Box 30281
Plano, TX 75024-2302                   PO Box 71083                           Salt Lake City, UT 84130-0281
                                       Charlotte, NC  28272-1083


Capital One Bank/Walmart               Citibank                               Citibank N.A./The Home Depot
P.O. Box 71087                         P.O. Box 6190                          P.O. Box 6497
Charlotte, NC 28272-1087               Sioux Falls, SD 57117-6190             Sioux Falls, SD 57117-6497



Citibank, N.A.                         Citibank, N.A.                         Citizens Bank
5800 S Corporate Pl                    P.O. Box 6497                          500 Chestnut Street
Sioux Falls, SD  57108-5027            Sioux Falls, SD 57117-6497             Chattanooga, TN 37402-4906



Citizens Bank & Trust                  (p)CITIZENS BANK N A                   Comenity Capital
P.O. Box 249                           ATTN BANKRUPTCY TEAM                   P.O. Box 182120
Trenton, GA 30752-0249                 ONE CITIZENS BANK WAY                  Columbus, OH 43218-2120
                                       JCA115
                                       JOHNSTON RI 02919-1922


(p)CROSS RIVER BANK                    Discover Bank                          (p)DISCOVER FINANCIAL SERVICES LLC
2115 LINWOOD AVENUE                    Discover Products Inc                  PO BOX 3025
FORT LEE NJ 07024-5041                 PO Box 3025                            NEW ALBANY OH 43054-3025
                                       New Albany, OH  43054-3025
```

| | | |
|---|---|---|
| Ditech Financial LLC<br>P.O. Box 6172<br>Rapid City, SD 57709 | Enhanced Recovery Company<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | Family Savings Credit<br>711 East Meighan Boulevard<br>Gadsden, AL 35903-1996 |
| Family Savings Credit Union<br>c/o Amato and Keating, P.C.<br>107 North Commerce Way<br>Bethlehem PA 18017-8913 | Freedom Financial Asset Management, LLC<br>885 Teaneck Road<br>Teaneck, NJ 07666-4546 | (p)FREEDOM FINANCIAL ASSET MANAGEMENT LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 2340<br>PHOENIX AZ 85002-2340 |
| GMAC Mortgage<br>3451 Hammond Avenue<br>Waterloo, IA 50702-5345 | Grove City Area Federal Credit Union<br>1 Credit Union Way<br>Grove City, PA 16127-1899 | Huntington National Bank<br>P.O. Box 1558<br>Columbus, OH 43216-1558 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lending Club Corporation<br>595 Market Street<br>San Francisco, CA 94105-2802 | LendingClub Corporation<br>595 Market Street Suite 200<br>San Francisco, CA 94105-2807 |
| Merrick Bank Corporation<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Parkridge East Hospital<br>P.O. Box 99400<br>Louisville, KY 40269-0400 |
| Parkridge East Hospital<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>CKS Prime Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Regions Bank<br>P.O. Box 110<br>Hattiesburg, MS 39403-0110 | Second Round, LP<br>P.O. Box 41955<br>Austin, TX 78704-0033 |
| Spine Surgery Associates<br>P.O. Box 668<br>Brentwood, TN 37024-0668 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/ American Eagle<br>P.O. Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank/ Walmart<br>P.O. Box 965024<br>Orlando, FL 32896-5024 | Synchrony Bank/Amazon<br>P.O. Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank/Care Credit<br>P.O. Box 965036<br>Orlando, FL 32896-5036 |
| Synchrony Bank/J.C. Pennys<br>P.O. Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank/Lowe's<br>P.O. Box 956005<br>Orlando, FL 32896-0001 | Synchrony Bank/Lowes<br>P.O. Box 956005<br>Orlando, FL 32896-0001 |

| | | |
|---|---|---|
| Synchrony Bank/Sams Club<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/Zulily<br>P.O. Box 965017<br>Orlando, FL 32896-5017 | TBOM - Genesis Retail<br>P.O. Box 4499<br>Beaverton, OR 97076-4499 |
| Tennessee Valley Federal Credit Union<br>715 Market Street<br>Chattanooga, TN 37402-1805 | The Bank of New York Mellon Trustee (See 410<br>c/o NewRez LLC d/b/a<br>Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, South Carolina 29603-0826 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| (p)UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 | Wells Fargo<br>P.O. Box 10335<br>Des Moines, IA 50306-0335 | Wells Fargo<br>P.O. Box 10709<br>Raleigh, NC 27605-0709 |
| Winsouth Credit Union<br>110 South 26th Street<br>Gadsden, AL 35904-1935 | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335-3110 | Harvey Dwight Evans<br>97 Pinchalong Road<br>Grove City, PA 16127-6333 |
| Jennifer Jo Evans<br>97 Pinchalong Road<br>Grove City, PA 16127-6333 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 21st Mortgage Corporation<br>P.O. Box 477<br>Knoxville, TN 37902 | Citizens Bank N.A.<br>480 Jefferson Boulevard<br>Warwick, RI 02886 | Cross River Bank<br>400 Kelby Street<br>14th Floor<br>Fort Lee, NJ 07024 |
| Discover Financial Services, LLC<br>P.O. Box 15316<br>Wilmington, DE 19850 | Freedom Plus<br>1875 South Grant Street<br>San Mateo, CA 94402 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 |
| Upgrade Inc.<br>2 North Central Avenue<br>10th Floor<br>Phoenix, AZ 85004 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)The Bank of New York Mellon Trust Company,

(d)Synchrony Bank/Walmart
P.O. Box 965024
Orlando, FL 32896-5024

End of Label Matrix
Mailable recipients    73
Bypassed recipients     2
Total                  75