**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | **Bankruptcy No. 21-20214-JAD** |
| **Harvey Dwight Evans and** | : | |
| **Jennifer Jo Evans,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Docket No.: 57** |
| **Harvey Dwight Evans and** | : | |
| **Jennifer Jo Evans,** | : | |
| **Movants** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent.** | : | |

**STATUS REPORT**

       **AND NOW** this 6th day of October 2022**,** come Harvey Dwight Evans and Jennifer Jo Evans ("Debtors"), by and through their attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*.  The Debtors aver as follows:

1. The Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on February 27, 2017 (the "Filing Date").

2. On August 16, 2022, Debtors filed a *Motion for Approval of Post-Petition Vehicle Financing* to obtain an automobile to replace their vehicle.

3. On September 8, 2022, this Honorable Court issued an *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

4. At this time, the Debtors have still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

       **WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated September 8, 2022.

Date: <u>October 6, 2022</u>                    <u>*/s/ Daniel P. Foster, Esquire*</u>

                                        Daniel P. Foster, Esquire
                                        PA.  I.D. No. 92376
                                        Foster Law Offices
                                        1210 Park Avenue
                                        Meadville, PA  16335
                                        Phone: 814.724.1165
                                        Fax: 814.724.1158
                                        Email:  dan@mrdebtbuster.com
                                        Attorney for Debtors