**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/31/2024

IN RE:

| | |
|---|---|
| HARVEY DWIGHT EVANS<br>JENNIFER JO EVANS<br>97 PINCHALONG ROAD<br>GROVE CITY,  PA  16127<br>XXX-XX-4309          Debtor(s)<br><br>XXX-XX-9835 | Case No.21-20214 JAD<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/31/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK****<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CARE CREDIT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  9623 |
| **21ST MORTGAGE CORP**<br>POB 477*<br>KNOXVILLE, TN  37901 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:5<br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/CONF*26666.20/CL*PROP NT/SCH-PL*PMT/NOTE*DK | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.:  7706 |
| **FAMILY SAVINGS CREDIT UNION**<br>C/O AMATO AND KEATING PC<br>107 NORTH COMMERCE WAY STE 100<br>BETHLEHEM, PA  18017 | Trustee Claim Number:3   INT %:  4.00%<br>Court Claim Number:4<br>CLAIM:  8,190.37<br>COMMENT:  $CL14GOV@4%~PMT/CONF*8190@4%/PL*4.99%/FACE | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0195 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  1,273.36<br>COMMENT:  X1903/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1001 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE  19801 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2484 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  40213-3439 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:19<br>CLAIM:  2,361.30<br>COMMENT:  BEST BUY/VISA | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8406 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  2,856.48<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4916 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  729.25<br>COMMENT:  WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4411 |
| **CITIBANK NA****<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY  40213-3439 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:18<br>CLAIM:  5,222.07<br>COMMENT:  COSTCO | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4828 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  2,912.63<br>COMMENT:  X8406/SCH*SYNCHRONY*EBAY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1929 |

| Creditor | Trustee Claim # | INT % | Court Claim # | Claim | Comment | CRED DESC | Account No. |
|---|---|---|---|---|---|---|---|
| **CKS PRIME INVESTMENTS++**<br>PO BOX 2856<br>CHESAPEAKE, VA 23320 | 11 | 0.00% | | 0.00 | CROSS RIVER BANK/SCH | UNSECURED CREDITOR | 7950 |
| **CROSS RIVER BANK**<br>885 TEANECK RD<br>TEANECK, NJ 07666 | 12 | 0.00% | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 8887 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | 13 | 0.00% | 1 | 8,356.43 | | UNSECURED CREDITOR | 6409 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | 14 | 0.00% | 3 | 7,754.18 | | UNSECURED CREDITOR | 9521 |
| **QUANTUM3 GROUP LLC - AGENT CKS PRIME IN**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | 15 | 0.00% | 8 | 16,683.52 | X7950/SCH*FREEDOM FINANCIAL/CROSS RIVER BNK | UNSECURED CREDITOR | 7234 |
| **LENDING CLUB CORP***<br>3440 FLAIR DR<br>LOCKBOX SERVICES #0134268<br>EL MONTE, CA 91731 | 16 | 0.00% | 20 | 16,710.33 | | UNSECURED CREDITOR | 6245 |
| **PARKRIDGE EAST HOSPITAL**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE, SC 29602 | 17 | 0.00% | 10 | 978.87 | HOSPITAL CORP OF AMERICA | UNSECURED CREDITOR | 6245 |
| **SPINE SURGERY ASSOCIATES**<br>PO BOX 668<br>BRENTWOOD, TN 37024 | 18 | 0.00% | | 0.00 | | UNSECURED CREDITOR | 0107 |
| **SYNCHRONY BANK****<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | 19 | 0.00% | | 0.00 | NT ADR~WALMART/SCH | UNSECURED CREDITOR | 4411 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | 20 | 0.00% | 21 | 448.39 | SYNCHRONY*AMAZON | UNSECURED CREDITOR | 3966 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 2,892.95<br>COMMENT: SYNCHRONY*CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9263 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 22 | CLAIM: 729.66<br>COMMENT: SYNCHRONY/SAMS CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6393 |
| **ENHANCED RECOVERY COMPANY++**<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SECOND ROUND LP++**<br>4150 FREIDRICH LN<br>STE I<br>AUSTIN, TX 78744 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC - AGENT FOR VELOCIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 6 | CLAIM: 3,915.50<br>COMMENT: NT/SCH*UPGRADE*WEBBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2802 |
| **QUANTUM3 GROUP LLC - AGENT FOR VELOCIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 7 | CLAIM: 1,770.38<br>COMMENT: NT/SCH*UPGRADE*WEBBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5300 |
| **21ST MORTGAGE CORP**<br>POB 477*<br>KNOXVILLE, TN 37901 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 0.00<br>COMMENT: PIF @ 2 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7706 |
| **PARKRIDGE EAST HOSPITAL**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE, SC 29602 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 157.71<br>COMMENT: NT/SCH*HOSPITAL CORP OF AMERICA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3062 |
| **PARKRIDGE EAST HOSPITAL**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE, SC 29602 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 109.84<br>COMMENT: NT/SCH*HOSPITAL CORP OF AMERICA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4108 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 335.00<br>COMMENT: NT/SCH*UPMC COMMUNITY MEDICINE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9835 |

---

**BANK OF NEW YORK MELLON TRUST CO - TRU**  Trustee Claim Number: 31  INT %: 0.00%     CRED DESC: MORTGAGE PAID IN FULL
C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN  Court Claim Number: 15            ACCOUNT NO.: 1934
PO BOX 10826
                                         CLAIM: 0.00
GREENVILLE, SC  29603-0826               COMMENT: SURR/CONF*PROP NT/SCH-PL*EX-WIFE PROP*CL=$18,728.85

---

**BANK OF NEW YORK MELLON TRUST CO - TRU**  Trustee Claim Number: 32  INT %: 0.00%     CRED DESC: MORTGAGE ARR.
C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN  Court Claim Number: 15            ACCOUNT NO.: 1934
PO BOX 10826
                                         CLAIM: 0.00
GREENVILLE, SC  29603-0826               COMMENT: PROP NT/SCH-PL*135.74CL*PIF@31

---

**21ST MORTGAGE CORP**                   Trustee Claim Number: 33  INT %: 0.00%     CRED DESC: MORTGAGE REGULAR PAYMEN
POB 477*                                 Court Claim Number: NC             ACCOUNT NO.:
                                         CLAIM: 0.00
KNOXVILLE, TN  37901                     COMMENT: SURR/PL*NT/SCH

---

**KML LAW GROUP PC***                    Trustee Claim Number: 34  INT %: 0.00%     CRED DESC: NOTICE ONLY
701 MARKET ST STE 5000                   Court Claim Number:                ACCOUNT NO.:
                                         CLAIM: 0.00
PHILADELPHIA, PA  19106                  COMMENT: BANK OF NY MELLON/PRAE

---

**GROSS MCGINLEY LLP** (FRMLY THOMAS CAPI**  Trustee Claim Number: 35  INT %: 0.00%     CRED DESC: NOTICE ONLY
33 S 7TH ST                              Court Claim Number:                ACCOUNT NO.:
PO BOX 4060
                                         CLAIM: 0.00
ALLENTOWN, PA  18105                     COMMENT: 21ST MORT/PRAE