Certificate Number: 03088-PAW-DE-039719052

Bankruptcy Case Number: 21-20214



03088-PAW-DE-039719052

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 31, 2025, at 4:46 o'clock PM CDT, Harvey D Evans completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   May 31, 2025                By:   /s/Anita Padilla

                                    Name:  Anita Padilla

                                    Title: Counselor