Certificate Number: 03088-PAW-DE-039719053

Bankruptcy Case Number: 21-20214



03088-PAW-DE-039719053

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>May 31, 2025</u>, at <u>4:46</u> o'clock <u>PM CDT</u>, <u>Jennifer J Evans</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>May 31, 2025</u>    By:   <u>/s/Anita Padilla</u>

Name:   <u>Anita Padilla</u>

Title:   <u>Counselor</u>