Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Harvey Dwight Evans
Jennifer Jo Evans
aka Jennifer Jo Renshaw**
  Debtor(s)

Bankruptcy Case No.: 21−20214−JAD
Related to Doc. #67
Chapter: 13
Docket No.: 68 − 67

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 26th of June, 2025, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/18/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/26/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/18/25.**

                                                    Jeffery A. Deller
                                                  United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20214-JAD |
| Harvey Dwight Evans | Chapter 13 |
| Jennifer Jo Evans | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 26, 2025 | Form ID: 408 | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harvey Dwight Evans, Jennifer Jo Evans, 97 Pinchalong Road, Grove City, PA 16127-6333 |
| cr | + | 21st Mortgage Corporation, c/o Thomas A. Capehart, Esquire, Gross McGinley LLP, 33 South 7th Street, Allentown, PA 18101-2418 |
| 15365114 | | 21st Mortgage Corporation, c/o Thomas A. Capehart, Esq., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 15335490 | + | Citizens Bank, 500 Chestnut Street, Chattanooga, TN 37402-4906 |
| 15335498 | | Ditech Financial LLC, P.O. Box 6172, Rapid City, SD 57709 |
| 15342716 | + | Enhanced Recovery Company, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15338763 | + | Family Savings Credit Union, c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 15335500 | + | Freedom Financial Asset Management, LLC, 885 Teaneck Road, Teaneck, NJ 07666-4546 |
| 15335502 | + | GMAC Mortgage, 3451 Hammond Avenue, Waterloo, IA 50702-5345 |
| 15335510 | + | Spine Surgery Associates, P.O. Box 668, Brentwood, TN 37024-0668 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 01:14:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15335477 | | Email/Text: ebn@21stmortgage.com | Jun 27 2025 00:24:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37902 |
| 15335478 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2025 00:22:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15335479 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 00:42:47 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15351615 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 00:44:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15335480 | + | Email/Text: bk@avant.com | Jun 27 2025 00:25:00 | Avant, 222 North Lasalle Street, Chicago, IL 60601-1003 |
| 15335481 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2025 00:22:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15335482 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 27 2025 00:24:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15335483 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:43:52 | Best Buy Credit Services, P.O. Box 78009, Phoenix, AZ 85062-8009 |
| 15335492 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 27 2025 00:22:00 | Citizens Bank N.A., 480 Jefferson Boulevard, Warwick, RI 02886 |
| 15335493 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Jun 27 2025 00:24:14 | CKS Financial, P.O. Box 2856, Chesapeake, VA 23327-2856 |
| 15335494 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Jun 27 2025 00:24:14 | CKS Prime Investments, LLC, P.O. Box 2856, |

| | | | | |
|---|---|---|---|---|
| | | | | Chesapeake, VA 23327-2856 |
| 15335496 | | Email/Text: skeller@crossriver.com | Jun 27 2025 00:22:00 | Cross River Bank, 400 Kelby Street, 14th Floor, Fort Lee, NJ 07024 |
| 15335484 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 27 2025 01:28:56 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15338173 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:56:06 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15335485 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:43:34 | Capital One Bank USA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15335486 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:42:46 | Capital One Bank/Walmart, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15335487 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:57:33 | Citibank, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 15335488 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:42:55 | Citibank N.A./The Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15335489 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:57:45 | Citibank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15352330 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:55:51 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15335491 | + | Email/Text: jkieffer@trustcbt.com | Jun 27 2025 00:22:00 | Citizens Bank & Trust, P.O. Box 249, Trenton, GA 30752-0249 |
| 15335495 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2025 00:24:00 | Comenity Capital, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15335497 | | Email/Text: mrdiscen@discover.com | Jun 27 2025 00:22:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15336793 | | Email/Text: mrdiscen@discover.com | Jun 27 2025 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15335501 | | Email/Text: bk@freedomfinancialnetwork.com | Jun 27 2025 00:22:00 | Freedom Plus, 1875 South Grant Street, San Mateo, CA 94402 |
| 15335499 | + | Email/Text: kgoswick@familysavingscu.com | Jun 27 2025 00:24:00 | Family Savings Credit, 711 East Meighan Boulevard, Gadsden, AL 35903-1996 |
| 15335503 | + | Email/Text: nschultz@gcafcu.org | Jun 27 2025 00:22:00 | Grove City Area Federal Credit Union, 1 Credit Union Way, Grove City, PA 16127-1899 |
| 15335504 | + | Email/Text: bankruptcy@huntington.com | Jun 27 2025 00:24:00 | Huntington National Bank, P.O. Box 1558, Columbus, OH 43216-1558 |
| 15347033 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:43:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15335505 | + | Email/Text: Documentfiling@lciinc.com | Jun 27 2025 00:22:00 | Lending Club Corporation, 595 Market Street, San Francisco, CA 94105-5839 |
| 15360675 | + | Email/Text: Documentfiling@lciinc.com | Jun 27 2025 00:22:00 | LendingClub Corporation, 595 Market Street Suite 200, San Francisco, CA 94105-2802 |
| 15335506 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2025 00:42:44 | Merrick Bank Corporation, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15352199 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:55:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15335507 | + | Email/PDF: HCABKNotifications@resurgent.com | Jun 27 2025 00:42:47 | Parkridge East Hospital, P.O. Box 99400, Louisville, KY 40269-0400 |
| 15347713 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:43:29 | Parkridge East Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15345914 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2025 00:24:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15345388 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2025 00:24:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15335508 | ^ | MEBN | Jun 27 2025 00:18:43 | Regions Bank, P.O. Box 110, Hattiesburg, MS 39403-0110 |
| 15335509 | + | Email/Text: bankruptcy@second-round.com | Jun 27 2025 00:25:00 | Second Round, LP, P.O. Box 41955, Austin, TX 78704-0033 |
| 15335628 | ^ | MEBN | Jun 27 2025 00:19:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15335511 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:44:43 | Synchrony Bank/ American Eagle, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15335512 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:57:29 | Synchrony Bank/ Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15335513 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:43:16 | Synchrony Bank/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15335514 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:44:10 | Synchrony Bank/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15335515 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 01:16:07 | Synchrony Bank/J.C. Pennys, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15335516 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:43:18 | Synchrony Bank/Lowe's, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15335517 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:42:46 | Synchrony Bank/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15335518 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:44:43 | Synchrony Bank/Sams Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15335520 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 01:14:48 | Synchrony Bank/Zulily, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15335521 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 27 2025 00:26:00 | TBOM - Genesis Retail, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 15335522 | + | Email/Text: bankruptcies@TVFCU.COM | Jun 27 2025 00:26:00 | Tennessee Valley Federal Credit Union, 715 Market Street, Chattanooga, TN 37402-1805 |
| 15351991 | | Email/Text: mtgbk@shellpointmtg.com | Jun 27 2025 00:22:00 | The Bank of New York Mellon Trustee (See 410), c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 15335523 | | Email/Text: bknotice@upgrade.com | Jun 27 2025 00:22:00 | Upgrade Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 15351614 | | Email/Text: BNCnotices@dcmservices.com | Jun 27 2025 00:23:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15335525 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 27 2025 00:42:54 | Wells Fargo, P.O. Box 10709, Raleigh, NC 27605-0709 |
| 15335524 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 27 2025 00:43:45 | Wells Fargo, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 15335526 | + | Email/Text: vann.carroll@winsouthcu.com | Jun 27 2025 00:22:00 | Winsouth Credit Union, 110 South 26th Street, Gadsden, AL 35904-1935 |

TOTAL: 58

Case 21-20214-JAD    Doc 69    Filed 06/28/25    Entered 06/29/25 00:32:40    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: 408 | Total Noticed: 68 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon Trust Company, N.A., a |
| 15342717 | *+ | Synchrony Bank/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15335519 | *+ | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|

**Daniel P. Foster**

on behalf of Joint Debtor Jennifer Jo Evans dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

**Daniel P. Foster**

on behalf of Debtor Harvey Dwight Evans dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

**Denise Carlon**

on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as successor-in-interest to all permitted successors and assigns of JP Morgan Chase Bank, N.A., as Trustee for GMACM Home Equity Loan Trust, Series 200 dcarlon@kmllawgroup.com

**Kellie Rahl-Heffner**

on behalf of Creditor 21st Mortgage Corporation krahl-heffner@grossmcginley.com  jkacsur@grossmcginley.com

**Maria Miksich**

on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as successor-in-interest to all permitted successors and assigns of JP Morgan Chase Bank, N.A., as Trustee for GMACM Home Equity Loan Trust, Series 200 mmiksich@kmllawgroup.com

**Office of the United States Trustee**

ustpregion03.pi.ecf@usdoj.gov

**Ronda J. Winnecour**

cmecf@chapter13trusteewdpa.com

TOTAL: 7