**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HARVEY DWIGHT EVANS<br>JENNIFER JO EVANS<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:21-20214 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/01/2021 and confirmed on 4/8/21. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,499.16 |
| Less Refunds to Debtor | 359.72 | |
| TOTAL AMOUNT OF PLAN FUND | | 15,139.44 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,700.00 | |
|    Trustee Fee | 734.10 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,434.10 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   21ST MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   21ST MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7706 | | | | |
|   BANK OF NEW YORK MELLON TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1934 | | | | |
|   FAMILY SAVINGS CREDIT UNION | 8,190.37 | 8,190.37 | 702.87 | 8,893.24 |
|     Acct: 0195 | | | | |
|   21ST MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7706 | | | | |
|   BANK OF NEW YORK MELLON TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1934 | | | | |
| | | | | 8,893.24 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HARVEY DWIGHT EVANS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HARVEY DWIGHT EVANS | 359.72 | 359.72 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 4,700.00 | 4,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***N O N E *** | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 1,273.36 | 13.57 | 0.00 | 13.57 |
|     Acct: 1001 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2484 | | | | |
|   CITIBANK NA** | 2,361.30 | 25.17 | 0.00 | 25.17 |
|     Acct: 8406 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 2,856.48 | 30.44 | 0.00 | 30.44 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4916 | | | | |
|    CAPITAL ONE BANK (USA) NA BY AMERIC | 729.25 | 7.77 | 0.00 | 7.77 |
| Acct: 4411 | | | | |
|    CITIBANK NA** | 5,222.07 | 55.65 | 0.00 | 55.65 |
| Acct: 4828 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES LL | 2,912.63 | 31.04 | 0.00 | 31.04 |
| Acct: 1929 | | | | |
|    CKS PRIME INVESTMENTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7950 | | | | |
|    CROSS RIVER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8887 | | | | |
|    DISCOVER BANK(*) | 8,356.43 | 89.06 | 0.00 | 89.06 |
| Acct: 6409 | | | | |
|    DISCOVER BANK(*) | 7,754.18 | 82.64 | 0.00 | 82.64 |
| Acct: 9521 | | | | |
|    QUANTUM3 GROUP LLC - AGENT CKS PF | 16,683.52 | 177.81 | 0.00 | 177.81 |
| Acct: 7234 | | | | |
|    LENDING CLUB CORP* | 16,710.33 | 178.10 | 0.00 | 178.10 |
| Acct: 6245 | | | | |
|    PARKRIDGE EAST HOSPITAL | 978.87 | 10.43 | 0.00 | 10.43 |
| Acct: 6245 | | | | |
|    SPINE SURGERY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0107 | | | | |
|    SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4411 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES LL | 448.39 | 4.78 | 0.00 | 4.78 |
| Acct: 3966 | | | | |
|    LVNV FUNDING LLC | 2,892.95 | 30.84 | 0.00 | 30.84 |
| Acct: 9263 | | | | |
|    PORTFOLIO RECOVERY ASSOCIATES LL | 729.66 | 7.78 | 0.00 | 7.78 |
| Acct: 6393 | | | | |
|    QUANTUM3 GROUP LLC - AGENT FOR VF | 3,915.50 | 41.73 | 0.00 | 41.73 |
| Acct: 2802 | | | | |
|    QUANTUM3 GROUP LLC - AGENT FOR VF | 1,770.38 | 18.87 | 0.00 | 18.87 |
| Acct: 5300 | | | | |
|    PARKRIDGE EAST HOSPITAL | 157.71 | 1.68 | 0.00 | 1.68 |
| Acct: 3062 | | | | |
|    PARKRIDGE EAST HOSPITAL | 109.84 | 1.17 | 0.00 | 1.17 |
| Acct: 4108 | | | | |
|    UPMC PHYSICIAN SERVICES | 335.00 | 3.57 | 0.00 | 3.57 |
| Acct: 9835 | | | | |
|    SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9623 | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    GROSS MCGINLEY LLP** (FRMLY THOMA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    ENHANCED RECOVERY COMPANY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    SECOND ROUND LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 812.10 |

TOTAL PAID TO CREDITORS                                                            9,705.34

| | |
|---|---:|
| TOTAL CLAIMED | |
| PRIORITY | 0.00 |
| SECURED | 8,190.37 |
| UNSECURED | 76,197.85 |

Date: 06/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   HARVEY DWIGHT EVANS
   JENNIFER JO EVANS
        Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:21-20214 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-20214-JAD

Harvey Dwight Evans  Chapter 13

Jennifer Jo Evans

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Jun 26, 2025     Form ID: pdf900     Total Noticed: 68

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harvey Dwight Evans, Jennifer Jo Evans, 97 Pinchalong Road, Grove City, PA 16127-6333 |
| cr | + | 21st Mortgage Corporation, c/o Thomas A. Capehart, Esquire, Gross McGinley LLP, 33 South 7th Street, Allentown, PA 18101-2418 |
| 15365114 | | 21st Mortgage Corporation, c/o Thomas A. Capehart, Esq., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 15335490 | + | Citizens Bank, 500 Chestnut Street, Chattanooga, TN 37402-4906 |
| 15335498 | | Ditech Financial LLC, P.O. Box 6172, Rapid City, SD 57709 |
| 15342716 | + | Enhanced Recovery Company, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15338763 | + | Family Savings Credit Union, c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 15335500 | + | Freedom Financial Asset Management, LLC, 885 Teaneck Road, Teaneck, NJ 07666-4546 |
| 15335502 | + | GMAC Mortgage, 3451 Hammond Avenue, Waterloo, IA 50702-5345 |
| 15335510 | + | Spine Surgery Associates, P.O. Box 668, Brentwood, TN 37024-0668 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:42:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15335477 | | Email/Text: ebn@21stmortgage.com | Jun 27 2025 00:24:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37902 |
| 15335478 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2025 00:22:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15335479 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 00:44:49 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15351615 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 00:44:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15335480 | + | Email/Text: bk@avant.com | Jun 27 2025 00:25:00 | Avant, 222 North Lasalle Street, Chicago, IL 60601-1003 |
| 15335481 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2025 00:22:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15335482 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 27 2025 00:24:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15335483 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:44:42 | Best Buy Credit Services, P.O. Box 78009, Phoenix, AZ 85062-8009 |
| 15335492 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 27 2025 00:22:00 | Citizens Bank N.A., 480 Jefferson Boulevard, Warwick, RI 02886 |
| 15335493 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Jun 27 2025 00:24:14 | CKS Financial, P.O. Box 2856, Chesapeake, VA 23327-2856 |
| 15335494 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Jun 27 2025 00:24:14 | CKS Prime Investments, LLC, P.O. Box 2856, |

Case 21-20214-JAD    Doc 70    Filed 06/28/25    Entered 06/29/25 00:32:40    Desc Imaged
                        Certificate of Notice    Page 7 of 9

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 4 |
| Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 68 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Chesapeake, VA 23327-2856 |
| 15335496 | | Email/Text: skeller@crossriver.com | Jun 27 2025 00:22:00 | Cross River Bank, 400 Kelby Street, 14th Floor, Fort Lee, NJ 07024 |
| 15335484 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 27 2025 00:57:33 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15338173 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:43:01 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15335485 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:57:35 | Capital One Bank USA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15335486 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 00:44:29 | Capital One Bank/Walmart, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15335487 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:44:23 | Citibank, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 15335488 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 01:18:14 | Citibank N.A./The Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15335489 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:44:50 | Citibank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15352330 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 00:43:31 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15335491 | + | Email/Text: jkieffer@trustcbt.com | Jun 27 2025 00:22:00 | Citizens Bank & Trust, P.O. Box 249, Trenton, GA 30752-0249 |
| 15335495 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2025 00:24:00 | Comenity Capital, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15335497 | | Email/Text: mrdiscen@discover.com | Jun 27 2025 00:22:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15336793 | | Email/Text: mrdiscen@discover.com | Jun 27 2025 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15335501 | | Email/Text: bk@freedomfinancialnetwork.com | Jun 27 2025 00:22:00 | Freedom Plus, 1875 South Grant Street, San Mateo, CA 94402 |
| 15335499 | + | Email/Text: kgoswick@familysavingscu.com | Jun 27 2025 00:24:00 | Family Savings Credit, 711 East Meighan Boulevard, Gadsden, AL 35903-1996 |
| 15335503 | + | Email/Text: nschultz@gcafcu.org | Jun 27 2025 00:22:00 | Grove City Area Federal Credit Union, 1 Credit Union Way, Grove City, PA 16127-1899 |
| 15335504 | + | Email/Text: bankruptcy@huntington.com | Jun 27 2025 00:24:00 | Huntington National Bank, P.O. Box 1558, Columbus, OH 43216-1558 |
| 15347033 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:43:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15335505 | + | Email/Text: Documentfiling@lciinc.com | Jun 27 2025 00:22:00 | Lending Club Corporation, 595 Market Street, San Francisco, CA 94105-5839 |
| 15360675 | | Email/Text: Documentfiling@lciinc.com | Jun 27 2025 00:22:00 | LendingClub Corporation, 595 Market Street Suite 200, San Francisco, CA 94105-2802 |
| 15335506 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2025 00:44:42 | Merrick Bank Corporation, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15352199 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 00:42:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15335507 | + | Email/PDF: HCABKNotifications@resurgent.com | Jun 27 2025 00:42:55 | Parkridge East Hospital, P.O. Box 99400, Louisville, KY 40269-0400 |
| 15347713 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 00:43:26 | Parkridge East Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |

Case 21-20214-JAD   Doc 70   Filed 06/28/25   Entered 06/29/25 00:32:40   Desc Imaged
Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 68 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15345914 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2025 00:24:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15345388 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2025 00:24:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15335508 | ^ | MEBN | Jun 27 2025 00:18:43 | Regions Bank, P.O. Box 110, Hattiesburg, MS 39403-0110 |
| 15335509 | + | Email/Text: bankruptcy@second-round.com | Jun 27 2025 00:25:00 | Second Round, LP, P.O. Box 41955, Austin, TX 78704-0033 |
| 15335628 | ^ | MEBN | Jun 27 2025 00:19:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15335511 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:43:37 | Synchrony Bank/ American Eagle, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15335512 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 01:15:00 | Synchrony Bank/ Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15335513 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:57:34 | Synchrony Bank/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15335514 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:44:13 | Synchrony Bank/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15335515 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:56:58 | Synchrony Bank/J.C. Pennys, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15335516 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:44:50 | Synchrony Bank/Lowe's, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15335517 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 01:28:58 | Synchrony Bank/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15335518 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 01:18:21 | Synchrony Bank/Sams Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15335520 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 00:43:16 | Synchrony Bank/Zulily, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15335521 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 27 2025 00:26:00 | TBOM - Genesis Retail, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 15335522 | + | Email/Text: bankruptcies@TVFCU.COM | Jun 27 2025 00:26:00 | Tennessee Valley Federal Credit Union, 715 Market Street, Chattanooga, TN 37402-1805 |
| 15351991 | | Email/Text: mtgbk@shellpointmtg.com | Jun 27 2025 00:22:00 | The Bank of New York Mellon Trustee (See 410), c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 15335523 | | Email/Text: bknotice@upgrade.com | Jun 27 2025 00:22:00 | Upgrade Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 15351614 | | Email/Text: BNCnotices@dcmservices.com | Jun 27 2025 00:23:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15335525 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 27 2025 00:43:45 | Wells Fargo, P.O. Box 10709, Raleigh, NC 27605-0709 |
| 15335524 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 27 2025 00:57:23 | Wells Fargo, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 15335526 | + | Email/Text: vann.carroll@winsouthcu.com | Jun 27 2025 00:22:00 | Winsouth Credit Union, 110 South 26th Street, Gadsden, AL 35904-1935 |

TOTAL: 58

Case 21-20214-JAD  Doc 70  Filed 06/28/25  Entered 06/29/25 00:32:40  Desc Imaged
Certificate of Notice   Page 9 of 9

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: pdf900 | Total Noticed: 68 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon Trust Company, N.A., a |
| 15342717 | *+ | Synchrony Bank/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15335519 | *+ | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Jennifer Jo Evans dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Harvey Dwight Evans dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as successor-in-interest to all permitted successors and assigns of JP Morgan Chase Bank, N.A., as Trustee for GMACM Home Equity Loan Trust, Series 200 dcarlon@kmllawgroup.com |
| Kellie Rahl-Heffner | on behalf of Creditor 21st Mortgage Corporation krahl-heffner@grossmcginley.com  jkacsur@grossmcginley.com |
| Maria Miksich | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as successor-in-interest to all permitted successors and assigns of JP Morgan Chase Bank, N.A., as Trustee for GMACM Home Equity Loan Trust, Series 200 mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7