IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
   HARVEY DWIGHT EVANS
   JENNIFER JO EVANS
       Debtor(s)

Ronda J. Winnecour
       Movant
   vs.
No Repondents.

Case No.:21-20214 JAD

Chapter 13

Related to Doc.No.: 67

ORDER OF COURT

AND NOW, this ____20th____ day of ____August____, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
8/20/25 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-20214-JAD

Harvey Dwight Evans  Chapter 13

Jennifer Jo Evans

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4

Date Rcvd: Aug 20, 2025      Form ID: pdf900      Total Noticed: 68

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Harvey Dwight Evans, Jennifer Jo Evans, 97 Pinchalong Road, Grove City, PA 16127-6333 |
| cr | + | 21st Mortgage Corporation, c/o Thomas A. Capehart, Esquire, Gross McGinley LLP, 33 South 7th Street, Allentown, PA 18101-2418 |
| 15365114 | | 21st Mortgage Corporation, c/o Thomas A. Capehart, Esq., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 15335490 | + | Citizens Bank, 500 Chestnut Street, Chattanooga, TN 37402-4906 |
| 15335498 | | Ditech Financial LLC, P.O. Box 6172, Rapid City, SD 57709 |
| 15342716 | + | Enhanced Recovery Company, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15338763 | + | Family Savings Credit Union, c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 15335500 | + | Freedom Financial Asset Management, LLC, 885 Teaneck Road, Teaneck, NJ 07666-4546 |
| 15335502 | + | GMAC Mortgage, 3451 Hammond Avenue, Waterloo, IA 50702-5345 |
| 15335510 | + | Spine Surgery Associates, P.O. Box 668, Brentwood, TN 37024-0668 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2025 00:12:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15335477 | | Email/Text: ebn@21stmortgage.com | Aug 21 2025 00:07:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37902 |
| 15335478 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 21 2025 00:06:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15335479 | + | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 00:13:10 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15351615 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2025 00:13:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15335480 | + | Email/Text: bk@avant.com | Aug 21 2025 00:07:00 | Avant, 222 North Lasalle Street, Chicago, IL 60601-1003 |
| 15335481 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 21 2025 00:06:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15335482 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 21 2025 00:07:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15335483 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2025 00:11:43 | Best Buy Credit Services, P.O. Box 78009, Phoenix, AZ 85062-8009 |
| 15335492 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 21 2025 00:06:00 | Citizens Bank N.A., 480 Jefferson Boulevard, Warwick, RI 02886 |
| 15335493 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Aug 21 2025 00:07:08 | CKS Financial, P.O. Box 2856, Chesapeake, VA 23327-2856 |
| 15335494 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Aug 21 2025 00:07:08 | CKS Prime Investments, LLC, P.O. Box 2856, |

Case 21-20214-JAD   Doc 75   Filed 08/22/25   Entered 08/23/25 00:32:25   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf900 | Total Noticed: 68 |

| Recip ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Chesapeake, VA 23327-2856 |
| 15335496 | | Email/Text: skeller@crossriver.com | Aug 21 2025 00:07:00 | Cross River Bank, 400 Kelby Street, 14th Floor, Fort Lee, NJ 07024 |
| 15335484 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 21 2025 00:11:35 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15338173 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2025 00:12:43 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15335485 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2025 00:13:45 | Capital One Bank USA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15335486 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2025 00:11:27 | Capital One Bank/Walmart, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15335487 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2025 00:11:43 | Citibank, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 15335488 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2025 00:14:01 | Citibank N.A./The Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15335489 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2025 00:12:59 | Citibank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15352330 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2025 00:14:01 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15335491 | + | Email/Text: jkieffer@trustcbt.com | Aug 21 2025 00:06:00 | Citizens Bank & Trust, P.O. Box 249, Trenton, GA 30752-0249 |
| 15335495 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 21 2025 00:07:00 | Comenity Capital, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15335497 | | Email/Text: mrdiscen@discover.com | Aug 21 2025 00:07:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15336793 | | Email/Text: mrdiscen@discover.com | Aug 21 2025 00:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15335501 | | Email/Text: bk@freedomfinancialnetwork.com | Aug 21 2025 00:06:00 | Freedom Plus, 1875 South Grant Street, San Mateo, CA 94402 |
| 15335499 | + | Email/Text: kgoswick@familysavingscu.com | Aug 21 2025 00:07:00 | Family Savings Credit, 711 East Meighan Boulevard, Gadsden, AL 35903-1996 |
| 15335503 | + | Email/Text: nschultz@gcafcu.org | Aug 21 2025 00:07:00 | Grove City Area Federal Credit Union, 1 Credit Union Way, Grove City, PA 16127-1899 |
| 15335504 | + | Email/Text: bankruptcy@huntington.com | Aug 21 2025 00:07:00 | Huntington National Bank, P.O. Box 1558, Columbus, OH 43216-1558 |
| 15347033 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:12:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15335505 | + | Email/Text: Documentfiling@lciinc.com | Aug 21 2025 00:07:00 | Lending Club Corporation, 595 Market Street, San Francisco, CA 94105-5839 |
| 15360675 | + | Email/Text: Documentfiling@lciinc.com | Aug 21 2025 00:07:00 | LendingClub Corporation, 595 Market Street Suite 200, San Francisco, CA 94105-2802 |
| 15335506 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2025 00:13:56 | Merrick Bank Corporation, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15352199 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2025 00:14:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15335507 | + | Email/PDF: HCABKNotifications@resurgent.com | Aug 21 2025 00:14:05 | Parkridge East Hospital, P.O. Box 99400, Louisville, KY 40269-0400 |
| 15347713 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:12:53 | Parkridge East Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |

Case 21-20214-JAD   Doc 75   Filed 08/22/25   Entered 08/23/25 00:32:25   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf900 | Total Noticed: 68 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15345914 | | Email/Text: bnc-quantum@quantum3group.com | Aug 21 2025 00:07:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15345388 | | Email/Text: bnc-quantum@quantum3group.com | Aug 21 2025 00:07:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15335508 | ^ | MEBN | Aug 21 2025 00:01:33 | Regions Bank, P.O. Box 110, Hattiesburg, MS 39403-0110 |
| 15335509 | + | Email/Text: bankruptcy@second-round.com | Aug 21 2025 00:07:00 | Second Round, LP, P.O. Box 41955, Austin, TX 78704-0033 |
| 15335628 | ^ | MEBN | Aug 21 2025 00:02:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15335511 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 00:13:41 | Synchrony Bank/ American Eagle, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15335512 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 00:25:09 | Synchrony Bank/ Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15335513 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 00:13:03 | Synchrony Bank/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15335514 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 00:13:37 | Synchrony Bank/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15335515 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 00:13:00 | Synchrony Bank/J.C. Pennys, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15335516 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 00:14:18 | Synchrony Bank/Lowe's, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15335517 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 00:24:53 | Synchrony Bank/Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15335518 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 00:13:10 | Synchrony Bank/Sams Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15335520 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2025 00:11:35 | Synchrony Bank/Zulily, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15335521 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 21 2025 00:08:00 | TBOM - Genesis Retail, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 15335522 | + | Email/Text: bankruptcies@TVFCU.COM | Aug 21 2025 00:08:00 | Tennessee Valley Federal Credit Union, 715 Market Street, Chattanooga, TN 37402-1805 |
| 15351991 | | Email/Text: mtgbk@shellpointmtg.com | Aug 21 2025 00:07:00 | The Bank of New York Mellon Trustee (See 410), c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 15335523 | | Email/Text: bknotice@upgrade.com | Aug 21 2025 00:06:00 | Upgrade Inc., 2 North Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 15351614 | | Email/Text: BNCnotices@dcmservices.com | Aug 21 2025 00:07:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15335525 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Aug 21 2025 00:11:52 | Wells Fargo, P.O. Box 10709, Raleigh, NC 27605-0709 |
| 15335524 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 21 2025 00:13:02 | Wells Fargo, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 15335526 | + | Email/Text: vann.carroll@winsouthcu.com | Aug 21 2025 00:07:00 | Winsouth Credit Union, 110 South 26th Street, Gadsden, AL 35904-1935 |

TOTAL: 58

Case 21-20214-JAD    Doc 75    Filed 08/22/25    Entered 08/23/25 00:32:25    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: pdf900 | Total Noticed: 68 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon Trust Company, N.A., a |
| 15342717 | *+ | Synchrony Bank/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15335519 | *+ | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2025                              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Joint Debtor Jennifer Jo Evans dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Harvey Dwight Evans dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as successor-in-interest to all permitted successors and assigns of JP Morgan Chase Bank, N.A., as Trustee for GMACM Home Equity Loan Trust, Series 200 dcarlon@kmllawgroup.com |
| Kellie Rahl-Heffner | on behalf of Creditor 21st Mortgage Corporation krahl-heffner@grossmcginley.com  jkacsur@grossmcginley.com |
| Maria Miksich | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as successor-in-interest to all permitted successors and assigns of JP Morgan Chase Bank, N.A., as Trustee for GMACM Home Equity Loan Trust, Series 200 mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7